# FINANCIAL DISCLOSURE REPORT

Calendar Year 2003

in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Tymkovich, Timothy M | Tenth Circuit Court of Appeals | 8/12/2004 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Circuit Judge -- Active | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ⦿ Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |

| 7. Chambers or Office Address 1823 Stout Denver, CO 80202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Power of attorney | 433 Joint Venture |
| 2. | Member | HHT LLC |
| 3. | Partner | Hale Hackstaff Tymkovich LLC |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2003 | Hale Hackstaff 401K plan |
| 2. | 2003 | withdrawal agreement Hale Hackstaff Tymkovich LLC |
| 3. | 2003 | 433 Joint Venture |
| 4. | 2003 | HHT LLC |
| 5. | 2003 | Hale Hackstaff Tymkovich partnership |

RECEIVED
FINANCIAL DISCLOSURE OFFICE
2004 AUG 17 AM 11:13

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Hale Hackstaff Tymkovich | $304,000 est |
| 2. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | self-employed – writer |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | Hale Hackstaff Tymkovich LLC | Investiture functions -- reception and dinner | $7,000 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Heritage | line of credit | K |
| 2. | Heritage | building loan | M |
| 3. | Countrywide | rental mortgage | L |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-E) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Schwab accounts | B | Interest | M | T | exempt | | | | |
| 2. Merrill Lynch account | C | Interest | J | T | exempt | | | | |
| 3. Advanced Fiber Comm. | | None | J | T | exempt | | | | |
| 4. Agilent Technology | | None | J | T | exempt | | | | |
| 5. Wyeth | D | Dividend | M | T | exempt | | | | |
| 6. AT&T | A | Dividend | J | T | sell | 12/22 | J | A | |
| 7. | | | | | sell | 12/31 | J | A | |
| 8. Bank of America | A | Dividend | K | T | exempt | | | | |
| 9. Treasury Bond | A | Interest | J | T | exempt | | | | |
| 10. Treasury Bond | A | Interest | J | T | exempt | | | | |
| 11. Treasury Bond | A | Interest | J | T | exempt | | | | |
| 12. Treasury Bond | A | Interest | J | T | exempt | | | | |
| 13. Northeast Bond | A | Interest | J | T | exempt | | | | |
| 14. Coca Cola | A | Dividend | K | T | exempt | | | | |
| 15. General Electric | D | Dividend | N | T | buy | 3/20 | J | | |
| 16. Hewlett Packard | B | Dividend | L | T | exempt | | | | |
| 17. IBM | A | Dividend | K | T | exempt | | | | |
| 18. Imation | A | Dividend | J | T | name change | | | | |

Income Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   U = Book Value
(See Column C2)   T = Cash Market   V = Other   W = Estimated

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | Tymkovich, Timothy M | 8/12/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. | Intel | A | Dividend | M | T | buy. | 8/22 | J | | |
| 20. | Johnson & Johnson | A | Dividend | K | T | exempt | | | | |
| 21. | Key Corp. | A | Dividend | J | T | exempt | | | | |
| 22. | Micron Technology | A | Dividend | K | T | exempt | | | | |
| 23. | Microsoft | | None | L | T | exempt | | | | |
| 24. | 3M | A | Dividend | K | T | exempt | | | | |
| 25. | Motorola | A | Dividend | K | T | exempt | | | | |
| 26. | Nokia | A | Dividend | J | T | exempt | | | | |
| 27. | Paychex | A | Dividend | K | T | exempt | | | | |
| 28. | Sara Lee | A | Dividend | J | T | exempt | | | | |
| 29. | Speechworks International | | None | J | T | sell | 10/20 | J | A | |
| 30. | | | | | | sell | 10/22 | J | A | |
| 31. | Templeton Developing | A | Dividend | J | T | exempt | | | | |
| 32. | Templeton Emerging Markets | A | Dividend | J | T | exempt | | | | |
| 33. | Voyageur Colorado Fund | A | Interest | J | T | exempt | | | | |
| 34. | Walmart | A | Dividend | M | T | exempt | | | | |
| 35. | Hale Hackstaff Tymkovich | | None | L | W | exempt | | | | |
| 36. | North Park Land (1999 $150,000) | | None | M | R | sell | 3/3 | M | E | Little Grizzly Creek LLC |

Income Gain Codes: A =$1,000 or less  B =$1,001-$2,500  C =$2,501-$5,000  D =$5,001-$15,000  E =$15,001-$50,000
(See Columns B1 and D4)  F =$50,001-$100,000  G =$100,001-$1,000,000  H1 =$1,000,001-$5,000,000  H2 = More than $5,000,000
Value Codes:  J =$15,000 or less  K =$15,001-$50,000  L =$50,001-$100,000  M =$100,001-$250,000
(See Columns C1 and D3)  N =$250,001-$500,000  O =$500,001-$1,000,000  P1 =$1,000,001-$5,000,000  P2 =$5,000,001-$25,000,000
P3 =$25,000,001-$50,000,000  P4 = More than $50,000,000
Value Method Codes:  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Tymkovich, Timothy M | 8/12/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Northwest Mutual insurance cash value | B | Interest | K | T | exempt | | | | |
| 38. Qwest | A | Dividend | J | T | sell | 10/21 | J | A | |
| 39. Coca Cola | A | Dividend | J | T | exempt | | | | |
| 40. Government Trust Bond | A | Interest | J | T | exempt | | | | |
| 41. Treasury Bond I | A | Interest | K | T | exempt | | | | |
| 42. Treasury Bond II | A | Interest | J | T | exempt | | | | |
| 43. Treasury Bond III | A | Interest | J | T | exempt | | | | |
| 44. Treasury Bond IV | A | Interest | J | T | exempt | | | | |
| 45. New York Trust Bond | A | Interest | J | T | exempt | | | | |
| 46. Johnson & Johnson | A | Dividend | K | T | exempt | | | | |
| 47. Qwest | A | Dividend | J | T | sell | 10/21 | J | A | |
| 48. Treasury V | A | Interest | J | T | exempt | | | | |
| 49. Treasury VI | A | Interest | J | T | exempt | | | | |
| 50. Treasury VII | A | Interest | J | T | exempt | | | | |
| 51. Treasury VIII | A | Interest | J | T | exempt | | | | |
| 52. Treasury IX | A | Interest | J | T | exempt | | | | |
| 53. Treasury X | A | Interest | J | T | exempt | | | | |
| 54. Walmart | A | Dividend | K | T | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tymkovich, Timothy M | 8/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. General Electric | A | Dividend | L | T | | | | | |
| 56. IBM | A | Dividend | K | T | | | | | |
| 57. Microsoft | | None | L | T | | | | | |
| 58. Motorola | A | Dividend | J | T | | | | | |
| 59. Walmart | A | Dividend | K | T | | | | | |
| 60. Wells Fargo | A | Dividend | K | T | buy | 10/2 | J | | |
| 61. | | | | | buy | 10/15 | J | | |
| 62. CO Condo (2001, $347,500) | | Rent | M | R | buy part int | 8/30 | M | | M. Ibarra |
| 63. Pfizer | B | Dividend | J | T | | | | | |
| 64. HHT LLC | D | Distribution | M | T | | | | | |
| 65. Sun America Focused | E | Dividend | K | T | | | | | |
| 66. Sun America Large Cap | D | Distribution | K | T | | | | | |
| 67. Summit Co. condo joint venture ($100,000, 8/2003) | A | Rent | L | R | buy | 8/30 | K | | Nowakiwsky Family Trust |

Income Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
N = $250,001-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
Value Method Codes: Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash Market
U = Book Value  V = Other  W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Tymkovich, Timothy M | 8/12/2004 |

## K. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature                     Date        8/12/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544